**Doughnut Machine Corporation, appellee, v. John Raklios Company, appellant. Gen. No. 31,089.**

Action to recover price of machine delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this

court for the first district at the March term, 1926. Reversed and remanded. Opinion filed December 21, 1926.

Rose & Symmes, for appellant. Lyons & Sherrard, for appellee; Edward J. Lyons and Arthur A. Sherrard, of counsel.

Mr. Justice Barnes delivered the opinion of the court.